# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

KATHERINE HARRIGAN,
ADMINISTRATRIX OF THE ESTATE OF
JOSHUA C. BULLOCK

v.

KIRSTEN FORSYTHE, SCOTT MASSEY
AND OM MEDICAL GROUP, P.C. T/A RED
LION PAIN & PRIMARY CARE

PETITION OF: KIRSTEN FORSYTHE

: No. 522 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1421 MDA
: 2021 entered on June 30, 2023,
: **reversing and remanding** the
: Order of the York County Court of
: Common Pleas at No. 2021-SU-
: 000053 entered on October 22,
: 2021
:

KATHERINE HARRIGAN,
ADMINISTRATRIX OF THE ESTATE OF
JOSHUA C. BULLOCK

v.

KIRSTEN FORSYTHE, SCOTT MASSEY
AND OM MEDICAL GROUP, P.C. T/A RED
LION PAIN & PRIMARY CARE

PETITION OF:  SCOTT MASSEY AND OM
MEDICAL GROUP, P.C. T/A RED LION
PAIN & PRIMARY CARE

: No. 523 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1421 MDA
: 2021 entered on June 30, 2023,
: **reversing and remanding** the
: Order of the York County Court of
: Common Pleas at No. 2021-SU-
: 000053 entered on October 22,
: 2021
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2024, the Petition for Allowance of Appeal is

**GRANTED**, the decision of the lower court is **VACATED**, and the case is **REMANDED**

for reconsideration in light of this Court's decision in *Ferraro v. Patterson-Erie Corp.*, 1 WAP 2023, 2024 WL 1776128 (Pa. April 25, 2024).

Justice McCaffery did not participate in the consideration or decision of this matter.